IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEARBOX ENTERPRISES, LLC, | |
| Plaintiff, | Case No. 24-cv-9726 |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | Lindsay C. Jenkins |
| Defendants. | |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Gearbox Enterprises, LLC ("Gearbox") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Gearbox having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Gearbox having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and none of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Gearbox has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Gearbox's federally registered trademarks (the "Gearbox Trademarks") and infringing versions of Gearbox's federally registered copyrights (the "Gearbox Copyrights") (collectively, the "Gearbox IP") to residents of Illinois. In this case, Gearbox has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Gearbox IP. *See* Docket No. 11, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Gearbox IP.

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), copyright infringement (17 U.S.C. § 501), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that Gearbox's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Gearbox IP or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Gearbox product or not authorized by Gearbox to be sold in connection with the Gearbox IP;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Gearbox product or any other product produced by Gearbox, that is not Gearbox's or not produced under the authorization, control, or supervision of Gearbox and approved by Gearbox for sale under the Gearbox IP;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Gearbox, or are sponsored by, approved by, or otherwise connected with Gearbox; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Gearbox, nor authorized by Gearbox to be sold or offered for sale, and which bear any of Gearbox's trademarks, including the Gearbox IP, or any reproductions, counterfeit copies or colorable imitations.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy

Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at Gearbox's choosing:

a. transfer the Defendant Domain Names to Gearbox's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Gearbox's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Gearbox's selection; or

b. disable the Defendant Domain Names and make them inactive and untransferable.

3. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Gearbox IP; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Gearbox IP or any reproductions, counterfeit copies or colorable imitations thereof that is

    not a genuine Gearbox product or not authorized by Gearbox to be sold in connection with the Gearbox IP.

4. Upon Gearbox's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Gearbox IP.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Gearbox is awarded statutory damages from each of the Defaulting Defendants in the amount of $100,000 for willful use of counterfeit Gearbox Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6. Pursuant to 17 U.S.C. § 504(c)(2), Gearbox is awarded statutory damages from each of the Defaulting Defendants in the amount of $100,000 for willful use of infringing Gearbox Copyrights on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

7. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 6 above) or other of Defaulting Defendants' assets.

8. All monies (up to the amount of the statutory damages awarded in Paragraph 6 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Gearbox as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to Gearbox the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

9. Until Gearbox has recovered full payment of monies owed to it by any Defaulting Defendant, Gearbox shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

10. In the event that Gearbox identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Gearbox may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses provided for Defaulting Defendants by third parties.

11. The ten thousand dollar ($10,000) bond posted by Gearbox is hereby released to Gearbox or its counsel, Aronberg Goldgehn Davis & Garmisa (Attn: Sofia Quezada Hastings). The Clerk of the Court is directed to return the bond previously deposited, plus interest accrued, with the Clerk of the Court to Gearbox or its counsel.

This is a Default Judgment.

Dated: 12/23/2024

Lindsay C. Jenkins
United States District Judge

## DEFAULT SCHEDULE A

| No | Defendant Name | Store/Seller Page |
|---|---|---|
| 1 | After seeing the game | amazon.com/sp?seller=A284FQ7SBHI4QR |
| 2 | Baolilil | amazon.com/sp?seller=A2MFF6AR83JJPR |
| 3 | DGJJZJY | amazon.com/sp?seller=A3AQOIK9QF63UP |
| 4 | fumitoy | amazon.com/sp?seller=A2K4FQTILFLGR1&asin |
| 5 | guluzhuan | amazon.com/sp?seller=A2HM0PELE5QTEO |
| 6 | guozaihong | amazon.com/sp?seller=A3PZ6EBVWM4WL3 |
| 7 | Hangkan | amazon.com/sp?seller=ADPTFCV9EUCQ6 |
| 8 | **DISMISSED** | |
| 9 | HuangWeiQin | amazon.com/sp?seller=A2PJDZTO5BUJLN |
| 10 | Hukangkangkang | amazon.com/sp?seller=A15KSH7NNQXM47 |
| 11 | kangfangyuanxinbaihuodian | amazon.com/sp?seller=A5TLAY5D9YDJP |
| 12 | KnightAbout | amazon.com/sp?seller=A18CUHXZV24HQ8 |
| 13 | Li Dong Li | amazon.com/sp?seller=A2U9F0X2GWHEV7 |
| 14 | qiifei | amazon.com/sp?seller=A2SNJM16986ZLM |
| 15 | sanmenxiaxiangzhangshangmao | amazon.com/sp?seller=A26Y8FZDO0Y9O1 |
| 16 | sdbfcscvskj | amazon.com/sp?seller=A2KK8ARBVSTFAT |
| 17 | senshann | amazon.com/sp?seller=A2E98M93FNKDAG |
| 18 | shixingguo | amazon.com/sp?seller=A3GF6XJ5INJVT8 |
| 19 | tintinyi | amazon.com/sp?seller=A1B2AMTM7AM3X3 |
| 20 | TUNNUTI | amazon.com/sp?seller=AH4GNOO8D61FN |
| 21 | **DISMISSED** | |
| 22 | wuhanshimengqinzhishangmaoyouxiangongsi | amazon.com/sp?seller=AH7N1B2S0U2OD |
| 23 | xiayaoli | amazon.com/sp?seller=A20K4XFDKRW1T4 |
| 24 | yanban | amazon.com/sp?seller=A3I0N3YXLM6FUY |
| 25 | zhuhezheng | amazon.com/sp?seller=A3NF29GM8YA1VY |
| 26 | Agencyfrog | http://agencyfrog.com/ |
| 27 | angeltoheaven | angeltoheaven.com |
| 28 | beeteeshop | beeteeshop.com/ |
| 29 | Chief T-Shirt | chieftshirt.com |
| 30 | **DISMISSED** | |
| 31 | Fandomaniax | fandomaniax-holidays.com/ |
| 32 | MAZESHIRT | mazeshirt.com/ |
| 33 | Monday Cool Vibes | mondaycoolvibes.com/ |
| 34 | MythicWall | mythicwall.com/ |
| 35 | StormMerch | stormmerch.com/ |
| 36 | Legofineart | teehub.com/ |
| 37 | Tshirts Low Price | tshirtslowprice.com/ |
| 38 | Cassic Mira Decoration | temu.com/cassic-mira-decoration-m-634418216532699.html |
| 39 | Hi Sen Inspiration | temu.com/hi-sen-inspiration-m- |

| No | Defendant Name | Store/Seller Page |
|---|---|---|
| | | 634418215999851.html |
| 40 | **DISMISSED** | |
| 41 | Northern light | temu.com/northern-light-m-634418216487652.html |
| 42 | QIANGSQ | temu.com/qiangsq-m-634418213992566.html |
| 43 | Speaker | temu.com/speaker-m-1084995710534.html |
| 44 | YT auto supplies | temu.com/yt-auto-supplies-m-634418211976153.html |
| 45 | aowenpunijiajukeji | walmart.com/seller/102565284 |
| 46 | **DISMISSED** | |
| 47 | gzhoushenzhanshangmaoyouxi | walmart.com/seller/102486213 |
| 48 | haerbinaiweishangmao | walmart.com/seller/102491751 |
| 49 | JiayiUin | walmart.com/seller/101694086 |
| 50 | sanhe store | walmart.com/seller/101655138 |
| 51 | chenjianfengxiefu | amazon.com/sp?seller=A2C7W4WJAF7OOP |
| 52 | Chenxiaodon | amazon.com/sp?seller=A2JSEOJSOJXZMS |
| 53 | **DISMISSED** | |
| 54 | ShiJinHai99 | amazon.com/sp?seller=A34LJ6GNPW18Z0 |
| 55 | Whitetellyou | amazon.com/sp?seller=A97YMX1B1UYS6 |
| 56 | Xuhongyuan | amazon.com/sp?seller=A1NK75MJLWBIAM |
| 57 | Chinmay Yoga | zrzahid.com |
| 58 | RugHere | rughere.com/shop |
| 59 | usbestchoosing | usbestchoosing.com/ |
| 60 | BLACK MENS T SHIRT | temu.com/black-mens-t-shirt-m-634418217693870.html |
| 61 | Fashion Oil Painting Life | temu.com/fashion-oil--m-634418217154842.html |
| 62 | jieshengwangluo | temu.com/jieshengwangluo-m-634418215560670.html |
| 63 | mnjdfregt | walmart.com/seller/102568630 |
| 64 | ShiBao toys store | walmart.com/seller/102486633 |
| 65 | Cuoyinchan | amazon.com/sp?seller=A3BS01BPQ7UJWY |
| 66 | fulinyi | amazon.com/sp?seller=A13IDK7MMS3X2U |
| 67 | guangzhoujufudianzishangwuyouxiangong | amazon.com/sp?seller=A3DBW25NCJZSWM |
| 68 | Isaveart | amazon.com/sp?seller=A3C795R0U3C77 |
| 69 | menxiazhangxiangbaihuodian | amazon.com/sp?seller=A1ONAI2QUC9EIE |
| 70 | taotao us post | amazon.com/sp?seller=A2OCYPHT7LUDHS |
| 71 | VILLAGOM | amazon.com/sp?seller=A272HQ3XPHV3BY |
| 72 | wanghengxi | amazon.com/sp?seller=A3N7NEAQZ7PIMQ |
| 73 | wanglihou | amazon.com/sp?seller=A16YBP1MIL1TTT |
| 74 | WC Poster Shop | amazon.com/sp?seller=A3R24IX79V5K5B |
| 75 | XIAO HUANG YA POSTER | amazon.com/sp?seller=A14LCC9YKQ27EH |
| 76 | yongjipeixingwangluojishuyouxiangongsi | amazon.com/sp?seller=AH3IJ97PTRHHH |

| No | Defendant Name | Store/Seller Page |
|---|---|---|
| 77 | ZWT Poster Shop | amazon.com/sp?seller=A46Q7S9JEB8TS |
| 78 | 9ninecloth | 9ninecloth.com/ |
| 79 | animedwarf | animedwarf.com/ |
| 80 | **DISMISSED** | |
| 81 | ATRENDSZ | atrendsz.com/ |
| 82 | casepole | casepole.com/ |
| 83 | Hugateeco | hugateeco.com/ |
| 84 | SateArt | sateart.com/ |
| 85 | WackyTee | wackytee.com/ |
| 86 | WikiEngineer | wikiengineer.com/ |
| 87 | Ian Myers | printblur.com/seller/ian-myers |
| 88 | Foam oil painting shop | temu.com/foam-oil-painting-shop-m-634418215627944.html |
| 89 | Funny T Shirts | temu.com/funny-t-shirts-m-634418217692688.html |
| 90 | JK Fashion Art | temu.com/jk-fashion-art-m-634418211580466.html |
| 91 | TADSRR | temu.com/tadsrr-m-634418216079893.html |
| 92 | DIEU KHANG LTD | walmart.com/seller/102576267 |
| 93 | **DISMISSED** | |
| 94 | MAYTINH LTD | walmart.com/seller/102546255 |
| 95 | shenzhensinuokanghuashengwukejiyouxiangongsi | walmart.com/seller/102598639 |
| 96 | xiangtanouyou | walmart.com/seller/102517255 |
| 97 | clinch a deal co.Ltd | walmart.com/seller/101218845 |
| 98 | daoxu | walmart.com/ip/Duke-Nukem-64-N64-Game-Cartridges-for-N64/5465701553 |
| 99 | Fubis | walmart.com/seller/101611716 |
| 100 | tuochuang | walmart.com/seller/102495336 |
| 101 | Chief T-Shirt | chieftshirt.com |
| 102 | heavenshirt | heavenshirt.com/ |
| 103 | hersmiles | hersmiles.co/ |
| 104 | Hhshirt | hhshirt.com/ |
| 105 | Marcazo | marcazo.net/ |
| 106 | Potoshirt.com | potoshirt.com |
| 107 | Rainbowt-shirt | rainbowt-shirt.com |
| 108 | ReverLavie | reverlavie.com/ |
| 109 | Tee Hand US Store | teehandus.com |
| 110 | Vsgclothing | vsgclothing.com/ |
| 111 | HUANGJINHUIYAOe | temu.com/huangjinhuiyaoe-m-634418213133805.html |
| 112 | **DISMISSED** | |
| 113 | AMNS E STORE | amazon.com/sp?seller=A3F6541NA0REAT |

| No | Defendant Name | Store/Seller Page |
|---|---|---|
| 114 | Dia eStores | amazon.com/sp?seller=AOZC53ZM2YQR8 |
| 115 | formonix | amazon.com/sp?seller=A1Z5AD7FVRLVDT |
| 116 | HAND MADE CROCHET | amazon.com/sp?seller=ATSNX1I4H5MU8 |
| 117 | JJ WADIA E STORE | amazon.com/sp?seller=A2XP7JFB3VRLWC |
| 118 | NISR STORE | amazon.com/sp?seller=A3JKE0ZQWDEG84 |
| 119 | Samrad | amazon.com/sp?seller=A1V06HAUP5K9TS& |
| 120 | WAQ ONLINE SHOP | amazon.com/sp?seller=A2AXXZF5OSKA19 |
| 121 | naveenstores | ebay.com/str/tranchan |
| 122 | inxiz.com | inxiz.com/ |
| 123 | Nemoshirt | nemoshirt.com/ |
| 124 | posedionclothing | posedionclothing.com |
| 125 | teeaug | teeaug.com/ |
| 126 | Teedelta | teedelta.com/ |
| 127 | Wavetshirt | wavetshirt.com |
| 128 | Guangzhou Fubis electronic Co., LTD | walmart.com/seller/101611716 |
| 129 | HL Games | walmart.com/seller/101642212 |
| 130 | huankerongshangmao | walmart.com/seller/102502271 |
| 131 | huanyangmaoshangmao | walmart.com/seller/102494812 |
| 132 | OLEVOS Store | walmart.com/seller/101649411 |
| 133 | Punishment | walmart.com/seller/101618540 |
| 134 | qingtaoshangmao | walmart.com/seller/101612029 |
| 135 | SEYUQI | walmart.com/seller/101672918 |
| 136 | shanghairenningdianzikeji | walmart.com/seller/101662906 |
| 137 | Star-U | walmart.com/seller/102573761 |
| 138 | Wu Bin Stationery store | walmart.com/seller/101620855 |
| 139 | yutao | walmart.com/seller/101682902 |

4893-1312-6543, v. 2