IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GEARBOX ENTERPRISES, LLC, <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 24-cv-9726 <br><br> Judge Lindsay C. Jenkins |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on December 23, 2024 [37], in favor of the Plaintiff, and against the Defendants Identified on Schedule A to the Complaint in the amount of one hundred thousand dollars ($100,000) per Defaulting Defendant for willful use of infringing Gearbox Trademarks and Copyrights, in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest, and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant(s):

| **Defendant No.** | **Store Name** |
|---|---|
| 4 | fumitoy |
| 5 | guluzhuan |
| 6 | guozaihong |
| 7 | Hangkan |
| 14 | qiifei |
| 15 | sanmenxiaxiangzhangshangmao |
| 17 | senshann |
| 19 | tintinyi |
| 23 | xiayaoli |
| 24 | yanban |
| 25 | zhuhezheng |
| 49 | JiayiUin |
| 51 | chenjianfengxiefu |
| 65 | Cuoyinchan |

| **Defendant No.** | **Store Name** |
|---|---|
| 66 | fulinyi |
| 69 | menxiazhangxiangbaihuodian |
| 72 | wanghengxi |
| 84 | SateArt |
| 85 | WackyTee |
| 110 | Vsgclothing |
| 133 | Punishment |
| 139 | yutao |

Dated: December 30, 2024                                  Respectfully submitted,

/s/ *Sofia Quezada Hastings*
Sofia Quezada Hastings
***One of the Attorneys for Plaintiff, Gearbox Enterprises, LLC***

Matthew De Preter
Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800 Chicago, IL 60606
shastings@agdglaw.com