**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GEARBOX ENTERPRISES, LLC, <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 24-cv-9726 <br><br> Hon. Lindsay C. Jenkins |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on December 23rd, 2024 [37], in favor of the Plaintiff, and against the Defendants Identified on Schedule A to the Complaint in the amount of two hundred thousand dollars ($200,000), per Defaulting Defendant for willful use of counterfeit and infringing Gearbox Trademarks and Copyrights, in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest, and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant(s):

| **Defendant No.** | **Store Name** |
|---|---|
| 129 | HL Games |
| 137 | Star-U |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: March 20, 2025　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *Sofia Quezada Hastings*
　　　　　　　　　　　　　　　　　　　　　　Sofia Quezada Hastings
　　　　　　　　　　　　　　　　　　　　　　*One of the Attorneys for Plaintiff*

Matthew De Preter
Sofia Quezada Hastings
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
shastings@agdglaw.com
4887-1537-2431, v. 1